**Appeal Dismissed and Memorandum Opinion filed June 11, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00927-CV**

---

**STEPHANIE LYNN CHATHAM, Appellant**

**V.**

**BLAKE DWAYNE DOOLAN, Appellee**

---

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-241661**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 23, 2018. The clerk's record was filed November 5, 2018. The reporter's record was filed December 3, 2018. On February 8, 2019, appellant filed a brief that did not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1. This court struck that brief and gave appellant time to file a compliant brief. As of today, appellant has not filed a brief.

On May 7, 2019, this court issued an order stating that unless appellant filed a brief on or before May 22, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.